*STEVEN D. WEST, ESQ.*
Steven D. West, P.C.
325 W. Franklin St., Ste 111
Tucson, AZ 85701
PH: (520) 623-4387
FAX: (520) 623-1148
*sdwildwest@yahoo.com*
Arizona State Bar No. 016330
Pima County Computer No. 64971
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 22-01419-JAS(EJM) |
| Plaintiff, | ) | |
| | ) | |
| | ) | SENTENCING |
| vs. | ) | MEMORANDUM |
| | ) | |
| Tevita Tukimaka Taufa, | ) | (Assigned to the Honorable |
| Defendant. | ) | James A. Soto) |
| | ) | |

COMES NOW Defendant, Tevita Tukimaka Taufa, by and through counsel, STEVEN D. WEST, and files the following Sentencing Memorandum setting forth the calculations regarding the plea agreement, the resultant application to the Sentencing Guidelines and any 18 U.S.C. §3553(a) considerations for this Defendant's sentencing, which is scheduled to be pronounced on March 18, 2024, before the Honorable James A. Soto.

**<u>Plea Agreement</u>**

Mr. Taufa is to be sentenced for Making False Statements in Connection With Acquisition of Firearm, in violation of 18 U.S.C. § 922(a)(6), 18 U.S.C. § 924(a)(2), a Class C felony. Mr. Taufa plead guilty pursuant to a plea agreement, on November 9, 2023.

The plea agreement includes a three (3) level reduction for Acceptance of Responsibility, which would place Mr. Taufa at a level thirteen (13). With a Criminal History Category I, a sentencing range of 12-18 months is the applicable guideline range, with leave for the defendant to argue for a variance below the stipulated range.

The plea agreement also includes a waiver of appeal if the plea agreement is accepted and followed by the Court.

**<u>Sentencing Guidelines</u>**

Mr. Taufa is in agreement with the Criminal History of I set forth in the Presentence Investigation Report.

With regard to the offense level, Mr. Taufa concurs that the Base Offense Level is twelve (12), and that a four (4) level increase is appropriate for the number of firearms involved. Mr. Taufa also concurs that a three (3) level decrease for Acceptance of Responsibility is appropriate, resulting in a Total Adjusted Offense

Level of thirteen (13).

Therefore, if the Plea Agreement is accepted and followed by the Court, Mr. Taufa would be a Criminal History I, with a Total Offense Level of thirteen (13), and would be in a Guideline range of 12-18 months.

**18 U.S.C. §3553(a) Considerations**

The human factors that are not adequately addressed through the guidelines, in Mr. Taufa's case, are his strong sense of family and his resolve in becoming the man he presently is.

It will be very evident to the Court at sentencing the strength of the family support being provided to Mr. Taufa. He is Tongan and they have a strong family enclave in Mesa, Arizona. Mr. Taufa also has his own immediate family with two children and his wife. He is a dedicated father and provides the necessary financial support for his wife and children.

The activities for which Mr. Taufa is being held responsible for occurred in 2020. Since that time he and his family moved to Texas, in the summer of 2022, for a good job opportunity that arose. He has continued at that job and has received promotions as his experience and training have progressed.

When Mr. Taufa was arrested in the fall of 2022, his attitude has always been that he's responsible for what he did and he'll accept whatever punishment that he must suffer for his conduct. The one thing that he wanted was time to make sure

that his family will be secure when and if he must go to prison. Should this Court determine that a period of incarceration is necessary, arrangements have been made to move his family back to Mesa to be cared for until he is released. Mr. Taufa asks that this Court permit self surrender so he can move them.

That being said, with a minimal variance, that would place Mr. Taufa in a Probation available category and he is an excellent candidate for Probation. Mr. Taufa presently lives a moral lifestyle within the teachings of his faith. He doesn't drink or do any illegal drugs. He works and takes care of home and family. The process of being arrested and convicted of a felony has had significant impact on his life. He does not need to be incarcerated to continue to be a productive member of our society, he has learned his lesson.

**Conclusion**

Based upon the foregoing, Mr. Taufa respectfully requests that this Court find that the plea agreement in this case is reasonable and accept the plea agreement between the parties.

In considering the fact that Mr. Taufa has performed exemplary on Pre-Trial Services supervision, which demonstrates his amenability to being supervised, he asks that the Court find that a variance is appropriate and that he be sentenced to a term of three (3) years of probation, which is sufficient for the purposes of deterrence and protection of the public.

DATED this  12th  day of March, 2024.

/s/ Steven D. West
STEVEN D. WEST
Attorney for Defendant

*Electronically delivered this date to:*

Julie Anna Sottosanti, Esq.
Assistant U. S. Attorney

Christina D. Forsberg
U. S. Probation Officer